<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-7047**

———————

MICHAEL HALL SMITH,

                                  Petitioner - Appellant,

    versus

JOE HAMILTON, Secretary, North Carolina De-
partment of Corrections,

                                  Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh. James C. Fox, District Judge.
(CA-97-634-HC-5-F-3)

———————

Submitted: July 30, 1999          Decided: August 17, 1999

———————

Before HAMILTON, MOTZ, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Thomas F. Loflin, III, LOFLIN & LOFLIN, Durham, North Carolina, for
Appellant. Michael F. Easley, Attorney General, Clarence Joe
DelForge, III, Assistant Attorney General, Raleigh, North Carolina,
for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael Hall Smith seeks to appeal the district court's order denying his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Smith v. Hamilton</u>, No. CA-97-634-HC-5-F-3 (E.D.N.C. June 16, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>